THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin Blanding, Appellant.
 
 
 

Appeal From Lexington County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2011-UP-592
 Submitted December 1, 2011  Filed
December 21, 2011    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Kevin Blanding appeals his conviction for trafficking
 in heroin, arguing the trial court erred in failing to grant his motion for a
 directed verdict.  Additionally, Blanding asserts numerous pro se arguments.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL DISMISSED.  
FEW, C.J., THOMAS and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.